251 So.2d 781

### Ex parte William T. MILLER.

#### 3 Div. 109.

Court of Criminal Appeals of Alabama.

Aug. 17, 1971.

Roy E. Greenwood, Huntsville, Tex., for petitioner.

No appearance for respondent.

PER CURIAM:

Petition denied. See Ex parte Limbaugh, 45 Ala.App. 722, 228 So.2d 837.